# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andy Gonzalez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Angelita De La Cruz,<br><br>　　　　Defendant. | **NO. CV-24-00443-TUC-RCC**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed September 9, 2024,  judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

October 24, 2024

　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

　　　　　　　　　　　　　　　s/ B. Cortez
　　　　　　　　　　　　By　　Deputy Clerk